# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

STEVEN A. SPEAR,

       **Petitioner,**

v.                                Case No. 4:18cv131-MW/CAS

SECRETARY, DEPARTMENT
OF CORRECTIONS,

       **Respondent.**

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 3. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. This case file, including any service copies and pending motions, is **TRANSFERRED** to the United States District Court for the Middle District of Florida, Tampa Division, for all further proceedings. The Clerk shall close the file.

**SO ORDERED on April 5, 2018.**

                                                  s/Mark E. Walker     
                                                  **United States District Judge**